**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
Michael R. Ayers, Esq. (NV Bar No. 10851)
michael.ayers@qpwblaw.com
Sarah B. Hartig, Esq. (NV Bar No. 10070)
sarah.hartig@qpwblaw.com
3740 Lakeside Drive, Suite 2020
Reno, Nevada 89509
Telephone: 775-322-4697
Facsimile: 775-322-4698
*Attorneys for Defendants KARL MAJORS LLC and TRENTON JOSEPH LLEWELLYN*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELINDA KEMP, individually,<br><br>Plaintiff,<br><br>v.<br><br>FIDEL OMAR LOPEZ ROMERO, individually; KARL MAJORS LLC, a foreign limited liability company; TRENTON JOSEPH LLEWELLYN, individually; DOE EMPLOYER, individually; DOES 1-20; and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | Case No:   2:22-cv-01588-ART-MDC<br><br>**MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

COMES NOW, Defendants KARL MAJORS, LLC and TRENTON JOSEPH LLEWELLYN, by and through their counsel of record, Michael R. Ayers, Esq. and Sarah B. Hartig, Esq., of QUINTAIROS, PRIETO, WOOD & BOYER, P.A., and move this Court to remove attorney Griffith Hayes, Esq. of TYSON & MENDES, LLP, from the CM/ECF service list for the above-entitled matter. Michael R. Ayers and Sarah B. Hartig will be the counsel of record going forward for Defendants KARL MAJORS, LLC and TRENTON JOSEPH LLEWELLYN.

MOTION TO REMOVE ATTORNEY FROM SERVICE LIST - 1

DATED: _____

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

By: _____
Michael Ayers, Esq.
Sarah B. Hartig, Esq.
3740 Lakeside Drive, Suite 202
Reno, Nevada 89509
*Attorneys for Defendants KARL MAJORS LLC and TRENTON JOSEPH LLEWELLYN*

## ORDER

### IT IS SO ORDERED.

The parties must please use the correct case number, 22-cv-01588-ART-MDC, in all future filings.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 4/17/2024

MOTION TO REMOVE ATTORNEY FROM SERVICE LIST - 2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of QUINTAIROS, PRIETO, WOOD & BOYER, P.A., and that on this date, pursuant to NRCP 5(b), I served the **MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** on the parties set forth below via the Eighth Judicial District Court's electronic filing system:

Jonathan B. Lee, Esq.
RICHARD HARRIS LAW FIRM
801 S. Fourth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*
*MELINDA KEMP*

Dated: April ___, 2024.

_____
An Employee of QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

MOTION TO REMOVE ATTORNEY FROM SERVICE LIST - 3