UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELINDA KEMP, INDIVIDUALLY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FIDEL OMAR LOPEZ ROMERO, INDIVIDUALLY; KARL MAJORS LLC, A FOREIGN LIMITED LIABILITY COMPANY; TRENTON JOSEPH LLEWELLYN, INDIVIDUALLY; DOE EMPLOYER, INDIVIDUALLY; DOES 1-20; AND ROE CORPORATIONS 1-10, INCLUSIVE,<br><br>　　　　　Defendants. | Case No: 2:22-cv-01588-ART-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　Plaintiff MELINDA KEMP ("Plaintiff"), by and through his counsel Jonathan B. Lee, Esq. of RICHARD HARRIS LAW FIRM and Defendants KARL MAJORS, LLC and TRENTON JOSEPH LLEWELLYN, by and through their counsel Michael Ayers, Esq. and Sarah Hartig, Esq., of QUINTAIROS, PRIETO, WOOD & BOYER, P.A. ("Defendants"), hereby stipulate that the claims Plaintiff asserted against Defendants KARL MAJORS, LLC and TRENTON JOSEPH LLEWELLYN in this action be dismissed with prejudice. Each party to bear their own fees and costs.

/ / /

/ / /

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE -1

IT IS SO STIPULATED.

DATED this 28th day of February, 2025.

**RICHARD HARRIS LAW FIRM**

By: /s/ Jonathan B. Lee
    Jonathan B. Lee, Esq.
    801 S. Fourth Street
    Las Vegas, NV 89101
    *Attorneys for Plaintiff*
    *Melinda Kemp*

DATED this 28th day of February, 2025.

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

By: */s/ Sarah Hartig*
    Michael Ayers, Esq. (NVB: 10851)
    Sarah Hartig, Esq. (NVB: 10070)
    3740 Lakeside Dr., Ste. 202
    Reno, NV 89509
    *Attorneys for Defendants Karl Majors,*
    *LL and Trenton Joseph Llewellyn*

## ORDER

**BASED UPON** the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Complaint filed by Plaintiff and each and every cause of action alleged against Defendants KARL MAJORS, LLC and TRENTON JOSEPH LLEWELLYN be dismissed WITH PREJUDICE in its entirety, each side to bear their own attorneys fees and costs.

**IT IS SO ORDERED.**

Dated this 28th day of February 2025.

_____
**UNITED STATES DISTRICT JUDGE**

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE -2